

# NUMBER 13-26-00302-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN THE INTEREST OF Z.G., A CHILD

### ON APPEAL FROM THE 148TH DISTRICT COURT
### OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Peña, West, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

On April 20, 2026, appellant filed a notice of appeal. On April 22, 2026, the Clerk of the Court requested that appellant remit a $205.00 filing fee within ten days from the date of the notice. On May 13, 2026, the Clerk of the Court notified appellant she was delinquent in remitting the $205.00 filing fee. The Clerk of this Court further notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days of the letter. *See* TEX. R. APP. P. 42.3 (b), (c).

Appellant has neither paid the filing fee nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

YSMAEL D. FONSECA
Justice

Delivered and filed on the
2nd day of July, 2026.